UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 15-08823 JFW (RAO)     Date: January 5, 2016
Title: Alan W. Lang v. Carolyn W. Colvin

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

Plaintiff Alan W. Lang ("Plaintiff") initiated this action on November 12, 2015. Dkt. No. 1. Pursuant to the Court's November 30, 2015 Order Re: Procedures In Social Security Appeal ("Order") Plaintiff was ordered to "file an appropriate proof of service within **30 days** of the date of th[e] Order." Dkt. No. 6 at ¶ 1. As of today, Plaintiff has not filed his proof of service.

**IT IS ORDERED** that Plaintiff must show cause, in writing, why this action should not be dismissed for failure to prosecute, or file his proof of service, on or before **January 22, 2016. Failure to timely comply with this Order to Show Cause and/or to show cause *will* result in the dismissal of this action.**

**IT IS SO ORDERED.**

:
Initials of Preparer     gr