JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN W. LANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 15-08823-JFW (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: November 2, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE